# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

### Michael J. BRZYSKI
### Machinery Technician Second Class (E-5), U.S. Coast Guard

### CGCMSP 25004
### Docket No. 1479

### 13 May 2022

Special court-martial sentence adjudged on 30 September 2021.

| | |
|---|---|
| Military Judge: | CAPT Diane M. Croff, USCGR |
| Appellate Defense Counsel: | CDR Jeffrey G. Janaro, USCG |
| | LT Kristen R. Bradley, USCG |

### BEFORE
### McCLELLAND, BRUBAKER & SCOTT
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a plea agreement, Appellant was convicted of seven specifications of indecent recording, in violation of Article 120c, Uniform Code of Military Justice (UCMJ). The court sentenced Appellant to a bad-conduct discharge, reduction to E-1, and confinement for ten months. The convening authority approved the sentence. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court